Motion GRANTED.
Extensions as requested.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| TRISH TOMPKINS, | ) |
|     Plaintiff, | ) |
| v. | ) NO.: 2:09-cv-00111 |
| | ) Judge Trauger |
| STEVE WILBUR, individually, as a deputy sheriff for Pickett County, Tennessee, | ) JURY DEMAND |
|     Defendant. | ) |

**JOINT MOTION TO MODIFY INITIAL CASE MANAGEMENT ORDER**

Comes the parties, and move the Court to enter an Order extending the deadline to complete all written discovery and depose all fact witnesses from July 30, 2010 to September 15, 2010. This requested extension will not affect the dispositive motion deadline of September 30, 2010.

Respectfully submitted,

/s/ John W. Allen
John W. Allen, #19045
441 East Broad Street, Suite 1
Cookeville, TN 38501-3390
(931) 260-3588
Attorney for Plaintiff

DICKINSON WRIGHT PLLC

/s/ Jeffrey M. Beemer
Jeffrey M. Beemer, #17247
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
Attorneys for Defendant

NASHVILLE 385828