IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TRISH TOMPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:09-cv-0111 |
| ) | Judge Trauger |
| STEVE WILBER, individually, as a deputy ) | |
| sheriff for Pickett County, Tennessee, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 14) is **GRANTED**, and this case is hereby **DISMISSED.** Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 22nd day of November 2010.

ALETA A. TRAUGER
United States District Judge

1